A-Z Topics    Site Map    FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number**   **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| scotty | j | watson | | | |

1 Result for search **scotty j watson**            Clear Form            Search

### SCOTTY J WATSON

Register Number: 19952-032

Age:   35
Race:  White
Sex:   Male

Located at: **Manchester FCI**

Release Date: 09/21/2022

**Related Links**
Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

---

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Federal Executions
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback        .
USA.gov | Justice.gov | Open Government