# CESSNA BENGE

## ATTORNEYS AND MEDIATORS

203 South Main Street
London, Kentucky 40741
(606) 878-2500
www.cessnabenge.com

Douglas G. Benge                                                                                   doug@cessnabenge.com

April 13, 2020

John Gilley, Warden
FCI Manchester
805 Fox Hollow Road
Manchester, KY 40962

via EMAIL MAN/ExecAssistant@bop.gov

Hard Copy to follow via
U.S. Certified Mail,
Return Receipt Requested

RE:    Scotty J. Watson
       Inmate #19952-032

Dear Warden,

   I have been retained by inmate Scotty James Watson, register number 19952-032 to assist him in obtaining Compassionate Release/Reduction in Sentence under 18 U.S.C. §3582.

   Since Inmate Watson's sentencing on May 24, 2017 I understand that he has been diagnosed with Stage 4 lung cancer. I am advised that within the month preceding this letter, Inmate Watson's medical condition has exacerbated to the point that he has been tranferred from your facility to Manchester Memorial Hospital and then to the University of Kentucky Medical Center in Lexington, only to be returned to your facility, to then being transferred to Baptist Regional Medical Center in Corbin and now to the University of Kentucky Medical Center where he remains on this date.

   Mr. Watson advises through his mother, Susan Watson, that he has previously requested that you initiate a motion under 18 U.S.C. §3582( c)(1)(A) as his health concerns are particularly extraordinary in that his late stage cancer diagnosis is a compelling circumstance that was not and could not have been foreseen by the Court at the time of Sentencing.

In compliance with 28 C.F.R. §571.61, Inmate Watson provides the following information:

1. Inmate Watson believes that (a) family history of lung cancer (his father died with lung cancer) paired with (b) his diagnosis of stage four lung cancer, along with ( c)  his recent need to have fluid removed from around his heart, and (d) COVID, individually and collectively constitute extraordinary or compelling circumstances which warrant consideration.

2. If released from federal custody, Inmate Warden would reside with his mother, Susan Watson in her home located at 127 Perry Road, in Sterns, Kentucky.  Due to the anticipated short amount of time remaining in his life, Inmate Watson believes his mother and her fiancé are financially capable of providing for his support, and that his medical needs can be met financially by medicaid.

This letter is not intended to extend the 30 day deadline for action as Inmate Watson believes that period would have begun upon Inmate Watson's initial request for action, the exact date of which is unknown to counsel at this time.

In anticipation of you desire for specific medical records, be advised that Inmate Watson's condition began and continues while in federal custody and all medical records are available or obtainable by the medical staff at your facility.

It is unknown at this time if Inmate Watson has or is now physically able to consent to notifications using Form BP-A0192 but I anxiously await your written response and decision to this request.

Sincerely yours,

Douglas G. Benge

DGB/cr

cc:   Federal Bureau of Prisons
      Central Office Headquarters
      320 1st Street NW
      Washington, DC 20534

Z:\Doug\CB letterhead 10-15-12.wpd