IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CRIMINAL ACTION NO. 16-CR-5-SS-KKC

UNITED STATES OF AMERICA,                                      PLAINTIFF,

-VS-

SCOTTY JAMES WATSON,                                         DEFENDANT,

---

## ORDER TO REDUCE TERM
## OF IMPRISONMENT TO TIME SERVED

---

      BEFORE THE COURT is a motion filed by the Defendant, Scotty James Watson, by and through his private counsel, with the United States Attorney joining in that motion with the advice and consent and the Director of the Federal Bureau of Prisons, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of Scotty James Watson to time served and commencement of the five-year term of supervised release previously imposed.

      Having reviewed the entire record and being otherwise fully and sufficiently advised, the Court does hereby find the following:

      1. Defendant, Scotty James Watson pled guilty to violation of 21 U.S.C. § 846, Conspiracy to Distribute Methamphetamine. He was sentenced on May 25, 2017, in the United States District Court for the Eastern District of Kentucky, to a 95-month term of imprisonment followed by a five-year term of supervised release.

      2. Mr. Watson is currently incarcerated in the Federal Correctional Complex FMC Butner. He has served 4 years, 4 months and 29 days of his sentence (55.7% of his full term sentence). His Good Conduct Release date is September 21, 2022.

      3. Mr. Watson, now age 35, has been diagnosed with Stage 4 lung cancer and has a strong family history of early death from that disease. The condition is terminal and his life expectancy is less than six months.

      4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon proper motion to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Defendant contends and the United States' attorney and the Director of the Bureau of Prisons agree, and this Court agrees, that the defendant's limited life expectancy constitutes an extraordinary and compelling reason that warrants the requested reduction.

IT IS THEREFORE ORDERED that the defendant's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the five-year term of supervised release previously imposed.

**SO ORDERED** this the 22nd day of May, 2020.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY